Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Grace Royals, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Colorado Department of Revenue Bankruptcy Unit PO Box 17087 Denver, CO 80217-0087 | | Sales Tax | | | | $70,000.00 |
| Frito-Lay, Inc. 7700 Bulldog Drive Summit Argo, IL 60501 | | Trade Credit | | | | $18,000.00 |
| Jaspreet LLC 3851 Highway 119 Longmont, CO 80504 | | Lease Default | | | | $11,600.00 |
| Offen Petroleum, LLC 5100 East 78th Avenue Commerce City, CO 80022 | | Contract | Contingent Disputed | | | $2,385,849.00 |
| Recht Kornfeld PC 1600 Stout Street Suite 1400 Denver, CO 80202 | | Services | | | | $0.00 |
| Sandhu & Nijjar, LLC 1100 42nd Street Evans, CO 80620 | | Lease Default | | | | $37,000.00 |