**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>GRACE ROYALS, INC,<br><br>Debtor. | Bankruptcy Case No. 25-16681 KHT<br>Chapter 11 (Subchapter V) |
| In re:<br><br>JASS, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-16683 KHT<br>Chapter 11 (Subchapter V) |
| In re:<br><br>GLENWOOD GFB, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-16685 KHT<br>Chapter 11 (Subchapter V) |
| In re:<br><br>RIFLE RFB, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-16687 KHT<br>Chapter 11 (Subchapter V) |
| In re:<br><br>WAHEGURU, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-16691 KHT<br>Chapter 11 (Subchapter V)<br><br>**Jointly Administered Under**<br>**Case No. 25-16681 KHT**<br>**Chapter 11 (Subchapter V)** |

**ORDER DISMISSING CASE**

THIS MATTER comes before the Court *sua sponte*.

Debtor Grace Royals, Inc. ("Debtor") filed a deficient Chapter 11 petition on October 15, 2025, case number 25-16681-KHT. On October 16, 2025, the Court issued a Notice of Deficiency providing, in relevant part, as follows:

> The following documents are required in a small business case or a case under Subchapter V of Chapter 11 **not later than 7 days after the date of the order for relief.** 11 U.S.C. § 1116.
>
> • Most recent balance sheet, statement of operations, cash flow statement, and

federal income tax return; or, in the alternative, a statement under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed.

**Your case is subject to dismissal if you fail to file the missing documents by the above date**.

Notice of Deficiency (docket #7) (emphasis in original).

Debtor did not file the documents required by 11 U.S.C. § 1116, as set forth in the Notice of Deficiency. Accordingly, it is

HEREBY ORDERED that Debtor's case is DISMISSED without prejudice.

DATED this 4th day of November, 2025.

BY THE COURT:

*/s/ Kimberley H. Tyson*
Kimberley H. Tyson
United States Bankruptcy Court Judge